# First District Court of Appeal
## State of Florida

———————————————

No. 1D2022-3026

———————————————

Brandon Hudson,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

March 11, 2024

Per Curiam.

Affirmed.

Osterhaus, C.J., and Ray and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Matthew R. McLain, McLain Law, P.A., Longwood, for Appellant.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant Attorney General, Tallahassee, for Appellee.